**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-2243**

———————

CYNTHIA PHILLIPS,

Plaintiff - Appellant,

v.

RAYTHEON APPLIED SIGNAL TECHNOLOGY, INC.,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore.   Ellen L. Hollander, District Judge. (1:11-cv-03230-ELH)

———————

Submitted:  February 20, 2014      Decided:  February 25, 2014

———————

Before DUNCAN, DIAZ, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Cynthia Phillips, Appellant Pro Se.  Susan Frier Wiltsie, HUNTON & WILLIAMS, LLP, Washington, D.C., for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cynthia Phillips appeals the district court's order dismissing her complaint alleging employment discrimination. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Phillips' informal brief does not challenge the basis for the district court's disposition, Phillips has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. Phillips v. Raytheon Applied Signal Tech., Inc., No. 1:11-cv-03230-ELH (D. Md. Sept. 27, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED